UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DONALD N. TIMM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 2:14-CV-232 -PPS-JEM |
| | ) | |
| GOODYEAR TIRE & RUBBER CO., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge John Martin entered on November 17, 2014 [DE 49]. No party has filed an objection to Magistrate Judge Martin's Report and Recommendation. The Court having reviewed the Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Defendant Harley Davidson's Motion to Dismiss or Transfer [DE 20] is hereby **DENIED.** Magistrate Judge Martin's Report & Recommendation is hereby adopted in its entirety and fully incorporated into this order.

**SO ORDERED.**

ENTERED: December 8, 2014

> s/ Philip P. Simon
> Philip P. Simon, Judge
> United States District Court